■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ROBERT K. AVERY et al., Respondents.— Motion to amend the order of this court entered February 20, 1969 [31 A D 2d 885] granted. Present — Goldman, P. J., Gabrielli, Moule, Bastow and Henry, JJ.